IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ALFRED MILLER CONTRACTING COMPANY, | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 2:16-cv-00812-JTT-KK |
| | § | |
| APACHE INDUSTRIAL SERVICES, INC., Defendant. | § § § | |

**PLAINTIFF ALFRED MILLER CONTRACTING COMPANY'S
<u>NOTICE OF VOLUNTARY DISMISSAL</u>**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Alfred Miller Contracting Company voluntarily dismisses this case against Apache Industrial Services ("Apache"). Apache has not filed an answer or motion for summary judgment in this cause. *See* FED. R. CIV. P. 41(a)(1)(A)(i).

Respectfully submitted,

/s/ *Alvin D. Hunt*
ALVIN D. HUNT
Bar #24806
HUNT LAW FIRM
613 Alamo Street
Lake Charles, Louisiana 70601
(337) 310-9111 telephone
(337) 310-4877 fax
adhunt@huntlawfirm.com

GEORGE R. DIAZ-ARRASTIA
*admitted pro hac vice,* Teaxs Bar #05805600
SCHIRRMEISTER DIAZ-ARRASTIA BREM LLP
700 Milam, 10th Floor
Houston, Texas 77002
(713) 221-2500 telephone
(713) 228-3510 fax
gdarrastia@sdablaw.com

*Attorneys for Plaintiff*
*Alfred Miller Contracting Company*

## CERTIFICATE OF SERVICE

I certify that on March 22, 2017, I filed the foregoing motion electronically with the Clerk of Court using the CM/ECF system and that the Court's CM/ECF system will serve all counsel of record electronically.

/s/ *Alvin D. Hunt*
Alvin D. Hunt